UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE A. SERPA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN DOE #1,<br><br>            Defendant. | 1:24-cv-01542-EPG (PC)<br><br>ORDER AUTHORIZING ISSUANCE OF SUBPOENA *DUCES TECUM* AND SETTING DEADLINES<br><br>ORDER DIRECTING CLERK<br>TO SEND PLAINTIFF A COPY OF FORM AO 88B AND FORM USM-285 |

Plaintiff Jesse A. Serpa is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 17, 2025, the Court issued a screening order (ECF No. 9), finding that Plaintiff's claims against John Doe #1 should proceed past screening. The Court also issued order authorizing service on John Doe #1 through E-Service pilot program for civil rights cases for the Eastern District of California by sending the documents to the California Department of Corrections and Rehabilitation (CDCR) and the California Attorney General's Office. (ECF No. 10). Pursuant to that order, on February 24, 2025, CDCR filed notice that they do not intend to waive service because they were unable to identify the defendant. (ECF No. 12). Summons sent to the United States Marshalls for service was returned unexecuted on March 18, 2025 (ECF No. 13), stating that more information was needed to identify John Doe defendant.

Defendant John Doe #1 cannot be served until Plaintiff has identified him/her and filed a motion to substitute, or amended his complaint to substitute, the named defendant in place of John Doe #1. For service to be successful, the Court and/or the United States Marshal must be

1

able to identify and locate the defendant to be served. Plaintiff will be given an opportunity to seek information to identify John Doe #1. However, it is ultimately Plaintiff's responsibility to identify John Doe #1 for the case to proceed against them.

Accordingly, the Court will authorize the issuance of a subpoena *duces tecum* to seek documents from the California Department of Corrections and Rehabilitation. The Clerk of Court is directed to send Plaintiff one copy of form AO 88B and one copy of form USM-285, to be completed by Plaintiff. When completing these subpoena forms, Plaintiff should only request documents that may assist him in identifying John Doe #1.

On the AO 88B form, in the section that beings with "To: (Name of person to whom this subpoena is directed)," Plaintiff should identify the person or entity he is seeking the documents from. Because Plaintiff is seeking information about an employee at Corcoran State Prison, their employer, Corcoran State Prison, appears to be the logical recipient of the subpoena.

In the blank space between the lines starting with "production" and "place," Plaintiff should identify the documents he is seeking that would assist him in identifying and serving the unidentified defendant, such as any documents related to identity of people matching the descriptions of the defendant, or photos, names, and addresses of the officers on duty the day of the alleged incident.

The "place" and date and "time of the production" boxes refer to the date on which the documents should be produced to the Plaintiff and the address of where the documents should be sent, such as the place of his incarceration or his residence.

Plaintiff should **not** fill out Proof of Service section of the AO 88B form, it will be completed by the U.S. Marshalls after they serve the subpoena. Similarly, Plaintiff should not fill out the section of the USM-285 form that is marked "Space Below for Use of U.S. Marshal Only – Do Not Write Below this Line."

The "Serve At" Section on the USM-285 form should match "To:" section on the AO 88B form, providing the name and address of the person or entity to whom subpoena is directed, such as Corcoran State Prison.

Once Plaintiff has completed and returned forms AO 88B and USM-285, the Court will review the documents and, if they are correctly completed, the Court will direct the United States

1  Marshals Service to serve the subpoena.[1] The Court notes that it may limit Plaintiff's request for

2  production of documents.

3    Plaintiff has 120 days from the date of service of this order to file a motion to substitute a

4  named defendant in place of John Doe #1. Failure to file a motion to substitute by this deadline

5  may result in the dismissal of the unidentified defendants.

6    Accordingly, **IT IS ORDERED** that:

7    1. The Clerk of Court is directed to send Plaintiff one copy of form AO 88B and one

       copy of form USM-285;

8
9    2. Plaintiff has **thirty days** from the date of service of this order to complete and return

       forms AO 88B and USM-285; and

10
11   3. Plaintiff has **120 days** from the date of service of this order to file a motion to

       substitute a named defendant in place of John Doe #1. **Failure to file a motion to**

12      **substitute by this deadline may result in the dismissal of the entire action.**

13

14  IT IS SO ORDERED.

15
    Dated:   **March 21, 2025**          /s/ _Erica P. Grosjean_
16                                        UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

---

27  [1] If after being served with the subpoena, the California Department of Corrections and Rehabilitation fails
    to respond or objects to providing documents, Plaintiff may file a motion to compel. The motion must be
    filed with the Court and served on the responding person or entity.

28