UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE A. SERPA,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN DOE #1,<br><br>       Defendant. | 1:24-cv-01542-EPG (PC)<br><br>ORDER (1) DENYING MOTION TO COMPEL; (2) EXTENDING DEADLINE FOR ISSUANCE OF SUBPOENA *DUCES TECUM*; AND (3) DIRECTING CLERK TO SEND PLAINTIFF A NEW COPY OF FORM AO 88B AND FORM USM-285 |

Plaintiff Jesse A. Serpa is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 14, 2025, Plaintiff filed a motion to compel arguing that he tried to obtain the name and badge number of the unknown Defendant in this lawsuit from the Defendant's employer, CDCR; nevertheless, CDCR denied Plaintiff's requests for discovery. (ECF No. 15 at 2). Plaintiff filed the motion to compel pursuant to Federal Rules of Civil Procedure 37, 34, and 26. (*Id.* at 1).

However, the rules that Plaintiff cites apply once a third-party subpoena has been issued and served. Here, there has been no subpoena to CDCR for this information, and CDCR is not a party to this lawsuit.

Moreover, the Court already provided instructions to Plaintiff as to how to obtain documents from CDCR regarding the identify of the Doe defendants. As the Court described in the order dated March 21, 2025:

> Defendant John Doe #1 cannot be served until Plaintiff has identified him/her and filed a motion to substitute, or amended his complaint to substitute, the named defendant in place of John Doe #1. For service to be successful, the Court and/or the United States Marshal must be able to identify and locate the defendant to be served. Plaintiff will be given an opportunity to seek information to identify John Doe #1. However, it is ultimately Plaintiff's responsibility to identify John Doe #1 for the case to proceed against them.
>
> Accordingly, the Court will authorize the issuance of a subpoena *duces tecum* to seek documents from the California Department of Corrections and Rehabilitation. The Clerk of Court is directed to send Plaintiff one copy of form AO 88B and one copy of form USM-285, to be completed by Plaintiff. When completing these subpoena forms, Plaintiff should only request documents that may assist him in identifying John Doe #1.

(ECF No. 14 at 1-2). The Court's order also included detailed instructions as to how to fill out the forms. However, despite the Court's instructions, Plaintiff did not fill out and return any subpoenas. The case cannot move forward until Plaintiff does this.

The Court will give Plaintiff another thirty (30) days to fill out the subpoenas and return them to the Court. If Plaintiff fails to do this, the case may be dismissed without prejudice for failure to identify the Doe Defendants.

Accordingly, **IT IS ORDERED** that:

1. Plaintiff's motion to compel (ECF No. 15) is **DENIED**;
2. The Clerk of Court is directed to send Plaintiff one copy of form AO 88B and one copy of form USM-285;
3. Plaintiff has **thirty days** from the date of service of this order to complete and return forms AO 88B and USM-285; and
4. Plaintiff has **until July 21, 2025,** to file a motion to substitute a named defendant in place of John Doe #1. **Failure to file a motion to substitute by this deadline may result in the dismissal of the entire action.**

IT IS SO ORDERED.

Dated: **May 8, 2025**                    /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE