UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESSE A. SERPA,

               Plaintiff,

     v.

MARTINEZ,

               Defendant.

Case No.   1:24-cv-01542-KES-EPG (PC)

ORDER GRANTING VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

(ECF No. 28)

Plaintiff Jesse Serpa ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's claims for sexual assault in violation of the Eighth Amendment and an unreasonable search in violation of the Fourth Amendment against the Defendant Martinez.

The Court had attempted to serve Defendant Martinez through the California Department of Corrections and Rehabilitation ("CDCR") but was unsuccessful because CDCR was unable to locate an individual with the information provided by Plaintiff. As such, on January 22, 2026, the Court issued an order to show cause as to why this case should not be dismissed without prejudice for failure to serve Defendant Martinez, failure to comply with a Court order, and failure to prosecute. (ECF No. 27).

On February 20, 2026, Plaintiff filed a motion to dismiss without prejudice because Plaintiff has been unable to locate Defendant Martinez. (ECF No. 28).

After review, the Court shall construe the Plaintiff's motion to dismiss as a request to voluntarily dismiss the action pursuant to Fed. Rules. Civ. Pro. 41(a)(1)(A)(i). Plaintiff has

1

indicated his choice to not pursue the matter at this time because he is unable to properly locate Defendant Martinez while incarcerated and upon his release from custody, he may elect to pursue action with the assistance of an attorney. (ECF No. 28 at 2).

As no defendant has been served, made an appearance, or filed a responsive pleading, Plaintiff's voluntary dismissal has terminated this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated: __**February 24, 2026**__　　　　　/s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

2